# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

    vs.                                              CASE NO:    8:02-CR-181-T-24TBM

SERGIO PEREZ-LOPEZ

_____/

# O R D E R

This matter is before the Court on Defendant Perez-Lopez's Motion Requesting Recommendation for Transfer (Doc. No. 99).

Upon consideration, it is **ORDERED AND ADJUDGED** that Defendant Perez-Lopez's Motion Requesting Recommendation of Transfer (Doc. No. 99) is **DENIED**. At sentencing this Court only makes a recommendation as to which prison facility a defendant may be designated. However, the ultimate decision as to which prison facility a defendant is incarcerated in is left to the Bureau of Prisons.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of June, 2006

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies:   Sergio Perez-Lopez, Pro-se
             James Muench, Assistant United States Attorney